In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands for a Public Park, and Opening and Extending East 32d Street and Other Streets, in the Borough of Brooklyn.
GERRITSEN BASIN DEVELOPMENT CORPORATION et al., Appellants.

Argued March 23, 1937; decided July 13, 1937.

*Ralph L. Baldwin* for Gerritsen Basin Development Corporation, appellant.

*Charles Lamb, Alfred J. Talley, James A. McKaigney* and *Edmund J. Delany* for Thomas F. White Company, appellant.

*Bernard Cowen* and *Josiah A. Stover* for Helena K. Wyeth et al., *amici curiæ.*

*Paul Windels, Corporation Counsel* (*Paxton Blair, Joseph F. Mulqueen. Jr.,* and *Reuben Levy* of counsel), for respondent.

Order affirmed, with costs, because of the failure of the claimants to clearly establish their title to the land in question. We do not pass upon the southerly boundary of the Hudde and Gerritsen grant. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.